MARTHA JANE ELFREY, as Administratrix, etc., of JOHN T. ELFREY, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

TOWN OF DE RUYTER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, and Another.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MYRA MCGRATH, as Administratrix, etc., of GEORGE MCGRATH, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.*— Judgment and order affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to reverse the judgment and order and to dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J. HANLEY, Relator, v. EDWARD J. KELLEHER, Mayor, EDWARD McCORMICK and Others, Constituting the Board of Trustees of the Village of Fort Edward, N. Y., and FREDERICK J. BETTS, as Clerk of the Board of Trustees of the Village of Fort Edward, N. Y., Respondents.— Determination unanimously confirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ARTHUR SANS SOUCY, Respondent, v. CRAVER, COWEE & BAXTER, INC., Appellant.†— Judgment and order affirmed, with costs. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and Bliss, J., dissent and vote to reverse and for a new trial.

ROSE BISNETT, as Coadministrator, etc., of ELAINE BISNETT, Deceased, Respondent, v. ABRAM V. LOUER and JAMES C. COOPER, as Receivers of the Property of the SCHENECTADY RAILWAY COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. Hill, P. J., Crapser and Bliss, JJ., concur; Rhodes, J., dissents and votes to reverse the order, and the judgment entered thereon, and to reinstate the verdict.

ADAH M. LAVENTALL and FIRST TRUST COMPANY OF ALBANY, Respondents, v. LOUIS DANZIG and CHARLOTTE SATTLER, Appellants, and Others.‡— Order affirmed, with ten dollars costs and disbursements, on the authority of *Lawyers Title & Guaranty Co.* v. *Claren* (237 App. Div. 188); *Pearmain* v. *Massachusetts Hospital Life Ins. Co.* (206 Mass. 377), and *Stone* v. *Tilley* (100 Tex. 487; 10 L. R. A. [N. S.] 678). Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., dissents and votes to reverse the order and to deny the motion, on the authority of *Title G. & T. Co.* v. *Haven* (196 N. Y. 487).

JAN PIECHOWICZ, Respondent, v. PETER MARUSZCZAK and Another, Appellants. — Judgment unanimously affirmed, with costs. The sixth, seventh and eighth of plaintiff's requests to find, and the first of plaintiff's requested conclusions of law, the tenth, eleventh and twelfth findings of fact, in the decision, and the third conclusion of law, in the decision, are corrected so as to state that the distance from Great Lot 84 to the line between the properties of plaintiff and defendant is eighty-two feet instead of forty-six feet, and as thus modified and corrected said findings and conclusions are approved. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.